(117 App. Div. 117)

### OISHEI v. PENNSYLVANIA R. CO. et al.

(Supreme Court, Appellate Division, First Department. January 25, 1907.)

Appeal from Special Term, New York County.

Action by Achille J. Oishei against the Pennsylvania Railroad Company, impleaded with Vincenzo Spina. From a judgment for plaintiff, defendant company appeals. Affirmed.

Argued before PATTERSON, P. J., and McLAUGHLIN, INGRAHAM, HOUGHTON, and LAMBERT, JJ.

Norman B. Beecher, for appellant.
Nelson L. Keach, for respondent.

PER CURIAM. For the reasons stated in the case of Oishei v. Pennsylvania Railroad Company, Impleaded with Giovanni Bonaddio (decided herewith) 102 N. Y. Supp. 368, this judgment was right, and should be affirmed, with costs.

---

(117 App. Div. 117)

### OISHEI v. PENNSYLVANIA R. CO. et al.

(Supreme Court, Appellate Division, First Department. January 25, 1907.)

Appeal from Special Term, New York County.

Action by Achille J. Oishei against the Pennsylvania Railroad Company, impleaded with Domenico Farrarelli. From a judgment for plaintiff, defendant company appeals. Affirmed.

Argued before PATTERSON, P. J., and McLAUGHLIN, INGRAHAM, HOUGHTON, and LAMBERT, JJ.

Norman B. Beecher, for appellant.
Nelson L. Keach, for respondent.

PER CURIAM. For the reasons stated in the case of Oishei v. Pennsylvania Railroad Company, Impleaded with Giovanni Bonaddio (decided herewith) 102 N. Y. Supp. 368, this judgment was right, and should be affirmed, with costs.

---

(117 App. Div. 118)

### OISHEI v. PENNSYLVANIA R. CO. et. al.

(Supreme Court, Appellate Division, First Department. January 25, 1907.)

Appeal from Special Term, New York County.

Action by Achille J. Oishei against the Pennsylvania Railroad Company, impleaded with Francesco Grastello. From a judgment for plaintiff, defendant company appeals. Affirmed.

Argued before PATTERSON, P. J., and McLAUGHLIN, INGRAHAM, HOUGHTON, and LAMBERT, JJ.

Norman B. Beecher, for appellant.
Nelson L. Keach, for respondent.